JUNE 2, 1949.

*Miscellaneous Order.*

No. 655, Misc. McGEE *v.* MISSISSIPPI. Petition for stay of execution of sentence of death denied.

JUNE 6, 1949.

*Per Curiam Decisions.*

No. 786. TABER *v.* STATE BOARD OF REGISTRATION AND EXAMINATION IN DENTISTRY. Appeal from the Supreme Court of New Jersey. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Irving R. M. Panzer* and *Henry G. Fischer* for appellant. *Theodore D. Parsons,* Attorney General of New Jersey, and *Joseph A. Murphy,* Assistant Deputy Attorney General, for appellee.

No. 805. DOLES *v.* METROPOLITAN LIFE INSURANCE Co. Appeal from the Supreme Court of Arkansas. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied. *P. L. Smith* for appellant.

*Miscellaneous Orders.*

No. 535, Misc. SAUERWINE *v.* NEW YORK, CHICAGO & ST. LOUIS RAILROAD Co. Motion for leave to file petition for writs of certiorari, prohibition or mandamus denied. *Melvin L. Griffith* and *Francis H. Monek* for petitioner. *Harold A. Smith* for respondent.